FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 SEP 30 AM10 44
CAROL L. MICHEL, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-00245 |
| v. | * | SECTION: SECT.HMAG.3 |
| CHAN THEUN IN | * | |

\* \* \*

### MOTION FOR ISSUANCE OF A SUMMONS

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully submits:

The defendant has been charged with violating Title 18, United States Code, Section 611, by a Bill of Information for Alien Voting.

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

**WHEREFORE**, the United States of America prays that a summons be issued to defendant requiring that defendant appear for initial appearance and arraignment.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_/s/ Maria Carboni_
MARIA CARBONI (MA #673658)
JORDAN GINSBERG (IL #6282956)
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3154