UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-00245 |
| v. | * | SECTION: SECT. HMAG. 3 |
| CHAN THEUN IN | * | |

\* \* \*

### ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the 22nd day of October, 2025, at 2:00 p.m. before the Honorable Janis van Meerveld in the Eastern District of Louisiana, at 500 Poydras Street, Hale Boggs Federal Building, Room B-309 New Orleans, Louisiana, for initial appearance and arraignment.

New Orleans, Louisiana this 1st day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE