UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-245 |
| VERSUS | SECTION "H" |
| CHAN THEUN IN | |

### NOTICE OF INITIAL APPEARANCE AND ARRAIGNMENT

Take notice that this criminal proceeding is SET for INITIAL APPEARANCE and ARRAIGNMENT on **OCTOBER 22, 2025, at 2:00 PM**, before U.S. Magistrate Judge, Janis Van Meerveld, in person, in the United States Courthouse, 500 Poydras Street, Courtroom B-309, New Orleans, Louisiana, 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  October 1, 2025

TO:

**Chan Theun In**

CAROL L. MICHEL, CLERK
by: Gail Anderson, Case Manager

√ AUSA:

Jordan Ginsberg.
jordan.ginsberg@usdoj.gov
Maria Michelle Carboni
maria.carboni@usdoj.gov
√ U.S. Probation Office - Pretrial Services Unit

√ U.S. Marshal

  JUDGE MILAZZO

√ MAGISTRATE JUDGE

FOREIGN LANGUAGE INTERPRETER:
  **NONE**
Brandon Locke, Special Agent, FBI
neworleans@ic.fbi.gov
Christopher McCoy, Special Agent, Homeland Security Investigation
Sacno.court@dhs.gov