## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-245** |
| **v.** | * | **SECTION: "H"** |
| **CHAN THEUN IN** | * | |
| | * | |

\*     \*     \*

### MOTION AND INCORPORATED MEMORANDUM
### TO DISMISS BILL OF INFORMATION

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America for the Eastern District of Louisiana, and respectfully moves this Honorable Court to dismiss the bill of information now pending against **CHAN THEUN IN ("IN")**.

On September 30, 2025, the defendant was charged in a one-count bill of information with a misdemeanor violation of Title 18, United States Code, Section 611. (Rec. Doc. 1.) Recently obtained information raises a legitimate question regarding one or more elements of the crime charged. Accordingly, in the interests of justice and pursuant to Federal Rule of Criminal Procedure 48(a), the Government requests that the Court dismiss the bill of information now pending against **IN**.

**WHEREFORE**, for the foregoing reasons, the Government respectfully moves under Federal Rule of Criminal Procedure 48(a) for dismissal without prejudice of the Bill of Information.

Respectfully Submitted,

MICHAEL SIMPSON
ACTING UNITED STATES ATTORNEY


*/s/ Maria Carboni*
MARIA CARBONI
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: 504-680-3000
Email: Maria.Carboni@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Maria M. Carboni*
Maria M. Carboni
Assistant United States Attorney