**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-245** |
| **v.** | * | **SECTION: "H"** |
| **CHAN THEUN IN** | * | |
| | * | |
| * * * | | |

**ORDER**

Considering the foregoing Government's Motion to Dismiss Information;

**IT IS HEREBY ORDERED** that, in the interests of justice and pursuant to Federal Rule of Criminal Procedure 48(a), the Bill of Information pending against the defendant, **CHAN THEUN IN**, be and hereby is **DISMISSED** without prejudice.

New Orleans, Louisiana this _____ day of October, 2025.


_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE