**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-245** |
| v. | * | **SECTION: "H"** |
| **CHAN THEUN IN** | * | |
| | * | |
| * * | * | |

## ORDER

Considering the foregoing Government's Motion to Dismiss Information;

**IT IS HEREBY ORDERED** that, in the interests of justice and pursuant to Federal Rule of Criminal Procedure 48(a), the Bill of Information pending against the defendant, **CHAN THEUN IN**, be and hereby is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that, the Initial Appearance and Arraignment set for 10/22/2025 at 2:00 PM is canceled.

New Orleans, Louisiana this __9th__ day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to USM